# United States Bankruptcy Court
### Western District of Texas
### Waco Division

| | |
|---|---|
| In re: Karen Lynn Hash, | Case No. 24-60670-mmp7 |
| Debtor. | Chapter 7 |

### **ORDER APPROVING JOINT APPLICATION TO COMPROMISE AND SETTLE ADVERSARY PROCEEDING**

Came on for consideration the Joint Application to Compromise and Dismiss Adversary Proceeding With Prejudice (the "Application") filed by Brenda Keily ("Plaintiff") and Karen Lynn Hash, the debtor and defendant herein ("Defendant"). The Court finds that proper notice of the Application was served upon the Chapter 7 Trustee, the United States Trustee, and all creditors and parties in interest pursuant to L. Rules 9013-1 and 9019-1, providing twenty-one (21) days to file an objection . No objections were timely filed, and all parties in interest are deemed to have consented.

The Court further finds that the compromise is fair, equitable, in the best interest of the estate, and complies with Federal Rule of Bankruptcy Procedure 9019 and Local Rule 9019-1.

24-60670-mmp7, Order Approving Joint Application to Compromise

The parties having represented to the Court that all substantive terms of the compromise have already been performed and fully satisfied, it is hereby:

ORDERED that the Application is GRANTED; and it is further

ORDERED that the completed compromise by and between the parties is approved, and the Court notes with approval that:

1.      Defendant has fully paid to Plaintiff the agreed settlement sum of $7,500.00.

2.      Defendant has taken all necessary legal and administrative actions to fully restore Plaintiff's equal undivided ownership interest in the subject mineral rights and royalties as they existed prior to the execution and recordation of the disputed December 9, 2020 Mineral Deed .

3.      Each party shall bear its own remaining costs and attorney's fees; and it is further

ORDERED that because the underlying settlement terms have been fully satisfied, Adversary Proceeding No. 25-06001-mmp is authorized to be dismissed with prejudice by separate order entered on that adversary docket.

IT IS SO ORDERED.

### END OF ORDER ###

Respectfully submitted:

By: */s/ Thomas G. Kemmy*  
Thomas G. Kemmy  
State Bar No. 11254600  
tom@kemmylaw.com  
1924 N. Main Ave.  
San Antonio, TX 78212  
Telephone: (210)750-1019  
Counsel for Plaintiff  

By: */s/* Clayton L. Everett  
Clayton L. Everett  
State Bar No. 24065212  
clayton@norredlaw.com  
515 E. Border St.  
Arlington, Texas 76010  
Telephone: (817)704-3984  
Counsel for Defendant  

24-60670-mmp7, Order Approving Joint Application to Compromise