# United States Bankruptcy Court
### Western District of Texas
### Waco Division

| | |
|---|---|
| In re: Karen Lynn Hash | Case No. 24-60670-mmp7 |
| Debtor. | Chapter 7 |
| Brenda Keily, | |
| Plaintiff, | Adversary No. 25-06001-mmp |
| v. | |
| Karen Lynn Hash | |
| Defendant. | |

## <u>AGREED ORDER OF DISMISSAL WITH PREJUDICE</u>

On this day, the Court considered the agreement of Plaintiff, Brenda Keily, and Defendant, Karen Lynn Hash, to dismiss the above-captioned adversary proceeding . The Court, having concurrently entered an order in the main bankruptcy case (Case No. 24-60670-mmp) approving the parties' Joint Application to Compromise and noting that all settlement terms have been fully performed and satisfied, finds that proper cause exists for immediate dismissal under

Federal Rule of Civil Procedure 41(a)(1)(A)(ii), made applicable hereto by Federal Rule of Bankruptcy Procedure 7041. Accordingly, it is hereby:

ORDERED, ADJUDGED, AND DECREED that all claims and causes of action asserted by Plaintiff against Defendant in this adversary proceeding—including all counts brought under 11 U.S.C. § 523 and 11 U.S.C. § 727—are hereby DISMISSED WITH PREJUDICE; and it is further

ORDERED that each party shall bear its own costs and attorney's fees incurred herein.

All relief requested in this adversary proceeding and not expressly granted herein is denied. The Clerk of Court is directed to close this adversary file.

IT IS SO ORDERED.

### END OF ORDER ###

Respectfully submitted:

By: */s /_Thomas G. Kemmy__*
Thomas G. Kemmy
State Bar No. 11254600
tom@kemmylaw.com
1924 N. Main Ave.
San Antonio, TX 78212
Telephone: (210)750-1019
Counsel for Plaintiff

By: */s/* Clayton L. Everett
Clayton L. Everett
State Bar No. 24065212
clayton@norredlaw.com
515 E. Border St.
Arlington, Texas 76010
Telephone: (817)704-3984
Counsel for Defendant

25-06001-mmp, Agreed Order of Dismissal with Prejudice