# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 24−60670−mmp

Chapter No.: 7

Judge: Michael M Parker

IN RE: **Terry Mack Hash and Karen Lynn Hash**
, Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at     Waco Bankruptcy Courtroom No. 1, 800 Franklin Ave., Ste. 160, Waco, TX 76701

on     **7/14/26   at   02:00 PM**

Hearing to Consider and Act Upon the Following: (IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E−MAIL DEANNA CASTLEBERRY AT: deanna_castleberry@txwb.uscourts.gov.) (Related Document(s): 24 JOINT Application to Compromise and Dismiss Adversary Proceeding (25−6001) under Rule 9019 WITH Prejudice filed by Clayton L. Everett for Debtor Karen Lynn Hash. Hearing Scheduled For 7/14/2026 at 2:00 PM at Waco Bankruptcy Courtroom 1. (Castleberry, Deanna)

Dated:   6/11/26

Robert Joseph Lawson
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKapac]

In re:

Terry Mack Hash

Karen Lynn Hash

    Debtors

Case No. 24-60670-mmp

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0542-6 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 11, 2026 | Form ID: 134 | Total Noticed: 53 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Terry Mack Hash, Karen Lynn Hash, 1277 HCR 3138 N, Hillsboro, TX 76645-7431 |
| 18797925 | + | 112th District Court, PO Box 465, Rankin, TX 79778-0465 |
| 18797927 | + | Brenda Keily, 205 Windridge Dr, Kyle, TX 78640-9700 |
| 18797930 | + | Citizens National Bank, 200 East Elm Street, Hillsboro, TX 76645-3323 |
| 18797936 | | DSRM Nat Bank/Valero, Attn: Bankruptcy One Valero Way, San Antonio, TX 78249 |
| 18797934 | + | DeLoney Law Group, 306 E Colege St, Terrell, TX 75160-2718 |
| 18797933 | + | Deloney Law, 306 E College St, Terrell, TX 75160-2718 |
| 18797938 | | First Progress, Attn: Bankruptcy, PO Box 9053, Johnson City, TN 37615-9053 |
| 18797943 | + | Hamm Law Group, 3000 N Garfield, Midland, TX 79705-6400 |
| 18797944 | + | Hill Regional Medical Center, 101 Circle Drive, Hillsboro, TX 76645-2670 |
| 18797924 | + | Jacob S. Kemmy, 1924 N. Main Ave, San Antonio, TX 78212-3942 |
| 18797947 | + | Kanas Turnpike Authority, POBox 802746, Kansas City, MO 64180-2746 |
| 18797951 | + | Loves Travel Stop, POBox 14284, Parkville, MO 64152-7284 |
| 18797952 | + | Loves Travel Stops, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 18797953 | | Merrick Bank, PO Box 660244, Dallas, TX 75266-0244 |
| 18797958 | | NTTA, PO Box 660224, Dallas, TX 75266 |
| 18797959 | + | NTTA, PO Box 660245, Dallas, TX 75266-0245 |
| 18797957 | + | Newcomer and Associates, POBox 14284, Parkville, MO 64152-7284 |
| 18797962 | + | OTA Plate Oay, PO Box 248935, Oklahoma City, OK 73124-8935 |
| 18797968 | + | Solaugrp, 502 S 4th, Chickasha, OK 73018-3405 |
| 18797971 | + | The Stuart Firm, 15 Smith Rd Suite 1002, Midland, TX 79705-5456 |
| 18797974 | | Tx Tag, PO Box, Dallas, TX 75265 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: julie.parsons@mvbalaw.com | Jun 11 2026 22:40:00 | Hill County, Hill CAD, c/o Julie Parsons, P.O. Box 1269, Round Rock, TX 78680-1269 |
| 18800080 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 11 2026 22:44:58 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 18797926 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 11 2026 22:39:00 | Ally Financial, Inc, Attn: Bankruptcy, PO Box 380901, Bloomington, IL 55438-0901 |
| 18797928 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 11 2026 22:44:57 | Chase Amazon, POBox 1423, Charlotte, NC 28201-1423 |
| 18797929 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2026 22:44:29 | Citibank/Shell Oil, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 18797931 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 11 2026 22:44:25 | Credit One, PO Box 60500, City of Industry, CA 91716-0500 |

| 18797932 | Email/PDF: creditonebknotifications@resurgent.com | Jun 11 2026 22:44:25 | Credit One Bank, Attn: Bankruptcy, Po Box 60500, 91716-0500 |
|---|---|---|---|
| 18797935 | Email/Text: mrdiscen@discover.com | Jun 11 2026 22:39:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 18797937 | Email/Text: BNSFN@capitalsvcs.com | Jun 11 2026 22:40:00 | First National Bank, Attn: Bankruptcy, Po Box 2496, Omaha, NE 68103-2496 |
| 18797939 | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 11 2026 22:40:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 18797940 + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 11 2026 22:45:07 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 18797941 | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 11 2026 22:41:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 18797942 | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 11 2026 22:40:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 18804061 + | Email/Text: julie.parsons@mvbalaw.com | Jun 11 2026 22:40:00 | Hill County, Hill CAD, c/o Julie Parsons, P.O. Box 1269, Round Rock, Texas 78680-1269 |
| 18797945 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 11 2026 22:40:00 | Internal Revenue Service, Attn: Bankruptcy, Po Box 7346, Philadelphia, PA 19101-7346 |
| 18797946 | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 11 2026 22:45:06 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 18797949 | Email/Text: sguyle@ksturnpike.com | Jun 11 2026 22:40:00 | Kansas Turnpike Authority, PO Box 803311, Kansas City, MO 64180 |
| 18797948 | Email/Text: sguyle@ksturnpike.com | Jun 11 2026 22:40:00 | Kansas Turnpike Authority, POBox 802746, Kansas City, MO 64180 |
| 18797966 | Email/Text: connectcommunications@mrvbanks.com | Jun 11 2026 22:40:00 | REVVI, Attn: Bankruptcy, PO Box 85800, Sioux Falls, SD 57118-5800 |
| 18797965 | Email/Text: connectcommunications@mrvbanks.com | Jun 11 2026 22:40:00 | Revvi, PO Box 5238, Sioux Falls, SD 57117 |
| 18797954 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 11 2026 22:44:22 | Merrick Bank/Card Works, Attn: Bankruptcy, P.O. Box 5000, Draper, UT 84020-5000 |
| 18797955 + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 11 2026 22:41:00 | Milestone, PO Box 96541, Charlotte, NC 28296-6541 |
| 18797956 | Email/Text: usbknotice@ncc.us | Jun 11 2026 22:39:00 | Nationwide Credit and Collection, POBox 3219, Oak Brook, IL 60522-3219 |
| 18797960 + | Email/Text: bankruptcy@ntta.org | Jun 11 2026 22:41:00 | NTTA, PO Box 660244, Dallas, TX 75266-0244 |
| 18797963 ^ | MEBN | Jun 11 2026 22:35:42 | OTA-Plate Pay, PO Box 248935, Oklahoma City, OK 73124-8935 |
| 18797964 + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 11 2026 22:45:07 | Premier Bankcard, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 18797967 ^ | MEBN | Jun 11 2026 22:35:30 | Shell, Po Box 9001011, Louisville, KY 40290-1011 |
| 18797969 + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 11 2026 22:45:06 | Southwest, PO Box 1423, Charlotte, NC 28201-1423 |
| 18797972 ^ | MEBN | Jun 11 2026 22:35:30 | Tx Tag, PO Box 650749, Dallas, TX 75265-0749 |
| 18797975 ^ | MEBN | Jun 11 2026 22:34:54 | Valero DSRM National Bank, PO Box 300, Amarillo, TX 79105-0300 |
| 18797976 + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 11 2026 22:39:00 | Verizon Wireless, Attn: Bankruptcy Attn: Bankruptcy, 500 Technology Dr , Ste 599, Weldon Springs, MO 63304-2225 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 18800081 | *+ | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 18797950 | *+ | Karen Lynn Hash, 1277 HCR 3138 N, Hillsboro, TX 76645-7431 |
| 18797961 | *+ | NTTA, POBox 660244, Dallas, TX 75266-0244 |
| 18797970 | *+ | Terry Mack Hash, 1277 HCR 3138 N, Hillsboro, TX 76645-7431 |
| 18797973 | *+ | Tx Tag, P O Box 650749, Dallas, TX 75265-0749 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Clayton L Everett | on behalf of Debtor Karen Lynn Hash clayton@norredlaw.com warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Clayton L Everett | on behalf of Defendant Karen Lynn Hash clayton@norredlaw.com warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| James Studensky | jstudensky.trustee@outlook.com ecf.alert+studensky@titlexi.com |
| Julie A. Parsons | on behalf of Creditor Hill County  Hill CAD jparsons@mvbalaw.com, amy.gates@mvbalaw.com;kalexander@mvbalaw.com;anne.garza@mvbalaw.com;julie.parsons@ecf.courtdrive.com |
| Thomas G. Kemmy | on behalf of Plaintiff Brenda Keily tom@kemmylaw.com alisham@kemmylaw.com |
| Tyler S. Sims | on behalf of Debtor Terry Mack Hash ecf@simslawpllc.com SimsLawPLLC@jubileebk.net,tyler@ecf.courtdrive.com |
| Tyler S. Sims | on behalf of Debtor Karen Lynn Hash ecf@simslawpllc.com SimsLawPLLC@jubileebk.net,tyler@ecf.courtdrive.com |
| United States Trustee - WA12 | ustpregion07.au.ecf@usdoj.gov |

TOTAL: 8